THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATIONAL EXHIBITION COMPANY, Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Argued May 26, 1942; decided June 18, 1942.

*William C. Chanler, Corporation Counsel (Arthur H. Goldberg, Arthur A. Segall* and *William B. Trafford* of counsel), for appellants. *Charles Lamb* and *Leo J. Bondy* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.